IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BRIAN JENNER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 13–cv–0850–MJR–PMF |
| | ) |
| AMERIGAS PROPANE, INC., and FW SERVS., INC., | ) |
| | ) |
| Defendants. | ) |

# ORDER

**REAGAN, District Judge:**

In July 2013, Plaintiff Brian Jenner (an Illinois citizen) filed a two-count state court complaint for retaliatory discharge stemming from a January 2013 workers' compensation claim. Jenner's original complaint named current Defendant Amerigas Propane, Inc. ("Amerigas") and Pacesetter Personnel Services, Inc., as well as three other Amerigas entities: Amerigas Partners, L.P.; Amerigas Propane, L.P., and Amerigas, Inc. The case was removed to this Court on August 19, 2013, and—that same day—Defendants filed a motion to dismiss, arguing the other Amerigas entities were fraudulently joined to defeat this Court's diversity jurisdiction and, regardless, they were not Plaintiff's employer and should be dismissed from the case.

But in October 2013, with Magistrate Judge Frazier's leave, Plaintiff amended his complaint. The First Amended Complaint names only two Defendants: Amerigas Propane, Inc. (a Pennsylvania corporation) and FW Services, Inc. d/b/a Pacesetters Personnel Services (a Texas corporation). Since the pending motion to dismiss involves relief for Defendants who are no longer parties to the case, the Court finds it (**Doc. 10**) **MOOT**. *See Wernsing v. Thompson*, **423 F.3d 732, 744 (7th Cir. 2005) ("federal courts may not give opinions upon moot questions or abstract

1

propositions") (internal quotation marks and citation omitted); *N. Carolina v. Rice*, 404 U.S. 244, 246 (1971).

    IT IS SO ORDERED.

DATE: <u>January 2, 2014</u>           <u>s/ *Michael J. Reagan*</u>
                                                        **MICHAEL J. REAGAN**
                                                        United States District Judge